26-03016

FILED

APR 02 2026 12P

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I, Sheryl Mancini (name), certify that service of this summons and copy of the complaint was made April 2, 2026 (date) by:

☐ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☐ State Law:The defendant was served pursant to the laws of State of ______________________, as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 4/2/2026

Signature [signature]
Print Name: Sheryl Mancini
Business Address: 2489 15th St
SF, CA 94114