**CHRISTOPHER MICHAEL CALLAWAY**
Debtor, In Pro Per
2489 15th Street
San Francisco, CA 94114
Telephone: (415) 802-6160
Email: chris1callaway@gmail.com

FILED
APR 07 2026 [handwritten initials]
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br>CHRISTOPHER MICHAEL CALLAWAY,<br>Debtor. | Case No. 24-30082 (DM)<br>Chapter 7<br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br>Plaintiff,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>Defendant. | **CERTIFICATE OF SERVICE**<br>Date: April 24, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 17<br>450 Golden Gate Ave.<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

## CERTIFICATE OF SERVICE

I, Christopher Michael Callaway, hereby certify that on April 7, 2026, I caused true and correct copies of the following documents to be served upon the parties identified below by the methods indicated:



Case: 26-03016 Doc# 18 Filed: 04/07/26 Entered: 04/07/26 16:44:05 Page 1 of 3

**Documents Served:**

1. Order Regarding Complaint and Request for Hearing on Preliminary Injunction on Shortened Time (Dkt 8);

2. Complaint for Violation of 11 U.S.C. Section 525(a) and for Declaratory and Injunctive Relief (Dkt 1);

3. Summons (Dkt 3);

4. Motion for Preliminary Injunction; and

5. Declaration of Christopher Michael Callaway in Support of Motion for Preliminary Injunction, with Exhibits A through F.

**Parties Served and Method of Service:**

**City and County of San Francisco**

Office of the City Attorney

*Via Hand Delivery:* Delivered to the Office of the Mayor, City Hall, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102

Served on: Al C 6 (name)

Title: Assistant (title)

Date: April 7, 2026 Time: 3:50 [a.m./p.m.]

*Via Electronic Mail:*

Jana Clark, Deputy City Attorney

Elizabeth Coolbrith, Deputy City Attorney

*Via First Class U.S. Mail:*

Office of the City Attorney

City Hall, Room 234

1 Dr. Carlton B. Goodlett Place

San Francisco, CA 94102



Case: 26-03016 Doc# 18 Filed: 04/07/26 Entered: 04/07/26 16:44:05 Page 2 of 3

**Via Electronic Filing (CM/ECF):**

**Brian M. Kandel, Esq.**

Kandel Law Firm, PC

brian@kandellawfirm.com

**Duncan MacDonald, Esq.**

MacDonald Law Corporation

dmacdonald@macdlawcorp.com

**Paul Mansdorf**

Chapter 7 Trustee

paul@mansdorftrustee.com

**Brent Meyer, Esq.**

Meyer LLP

brent@meyerllp.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2026

**CHRISTOPHER MICHAEL CALLAWAY**

Plaintiff, In Pro Per