**Entered on Docket**
**April 27, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: April 27, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 24-30082-DM |
| CHRISTOPHER MICHAEL CALLAWAY, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| Christopher Michael Callaway, | ) Adversary Proceeding |
| | ) No. 26-03016-DM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY AND COUNTY OF SAN | ) |
| FRANCISCO, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

On April 24, 2026, the court held a hearing on Plaintiff's Motion For Preliminary Injunction (Dkt 16). Plaintiff Christopher Michael Callaway appeared in pro se. Melissa Boey appeared for defendant City and County of San Francisco. For the reasons stated on the record, Plaintiff's Motion for Preliminary Injunction is DENIED.

**END OF ORDER**

-1-

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114

Case: 26-03016    Doc# 22    Filed: 04/27/26    Entered: 04/27/26 14:28:29    Page 2 of 2