**Entered on Docket**
**August 21, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: August 21, 2026**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor. | Case No. 24-30082 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | **PROTECTIVE ORDER AND ORDER ON STIPULATION** |

The Court having considered the *Stipulation for Protective Order* (the "Stipulation")[1] filed on August 20, 2026, and entered into by Christopher Michael Callaway (the "Plaintiff") and the City and County of San Francisco (the "Defendant"); and pursuant to the Stipulation and agreement of the Plaintiff and the Defendant, and good cause appearing therefor,

[1] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED.

2. Each Party is hereby ORDERED to comply with the Stipulation and its terms.

3. Pursuant to Federal Rule of Evidence 502(d), the production of any documents, electronically stored information (ESI) or information, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation and this Order.

****END OF ORDER****

COURT SERVICE LIST

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114