Docusign Envelope ID: 524C7BCD-AA23-8C8F-8005-F7C182B59024

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor. | Case No. 24-30082 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | **STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING** |

Christopher Michael Callaway ("Plaintiff") and the City and County of San Francisco (the "Defendant," and together with Plaintiff, the "Parties") enter into and jointly submit this Stipulation (the "Stipulation") and agree to be bound by the terms and conditions set forth herein.

1. Between August 24, 2026 and October 2, 2026, the Parties may engage in the following discovery:

   a. Pursuant to Fed. R. Civ. P. 33, made applicable in bankruptcy proceedings by Fed. R. Bankr. P. 7033, Plaintiff may send a total of 15 interrogatories to Defendant on or before August 25, 2026. Defendant shall be required to respond to such interrogatories on or before September 9, 2026.

   b. Pursuant to Fed. R. Civ. P. 30, made applicable in bankruptcy proceedings by Fed. R. Bankr. P. 7030, Plaintiff may take personal depositions of Mr. Corey Teague and Mr. Nikesh Patel, subject to witness availability. Each

deposition shall be limited to a half-day in length, but may be scheduled for the same date. Such depositions may take place remotely.

c. Pursuant to Fed. R. Civ. P. 30, made applicable in bankruptcy proceedings by Fed. R. Bankr. P. 7030, Defendant will take personal deposition of Plaintiff. This deposition shall be limited to one day in length.

d. The Parties shall not engage in any other new discovery not outlined herein.

2. In response to Defendant's pending *Motion for Summary Judgment* (filed at Docket No. 44, the "Motion"), Plaintiff shall be permitted to file a supplemental opposition (the "Supplemental Opposition") to the Motion on or before **October 2, 2026**. This Supplemental Opposition shall not include any facts or arguments that could have been raised, but which were not raised, in *Plaintiff's Opposition to Defendant City and County of San Francisco's Motion for Summary Judgment* (filed at Docket No. 46, the "Opposition"). For the avoidance of doubt, the Supplemental Opposition shall be permitted to rely on or address Defendant's interrogatory responses, any deposition testimony, and/or documents produced after August 14, 2026.

3. Defendant shall be permitted to file a consolidated reply (the "Consolidated Reply") in support of the Motion, responding to both the Opposition and the Supplemental Opposition, on or before **October 16, 2026.** The Consolidated Reply shall not exceed 25 pages of text.

4. The Motion shall be heard by the Court on **October 23, 2026,** or at a later date and time convenient for the Court.

5. Trial shall be scheduled for the Court's first available date that is at least thirty (30) days after the Court's determination of the Motion.[3]

*[the remainder of this page is intentionally left blank]*

[3] Counsel for the Defendant is unavailable from November 23 to December 1, 2026. To the extent possible, the Parties respectfully ask that the Court to avoid scheduling trial on such dates.

Docusign Envelope ID: 524C7BCD-AA23-8C8F-8005-F7C182B59024

IT IS SO STIPULATED.

Dated: September 3, 2026

DocuSigned by:
Christopher Callaway
5CCA24C4DC7B42E...

Christopher M. Callaway
Plaintiff

Dated: September 3, 2026

*/s/ Melissa Y. Boey*
Melissa Y. Boey (SBN 292276)
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for the City and County of San Francisco*