United States Bankruptcy Court
Northern District of California

Callaway,
Plaintiff
City and County of San Francisco,
Defendant

Adv. Proc. No. 26-03016-DM

# CERTIFICATE OF NOTICE

District/off: 0971-3 User: admin Page 1 of 1
Date Rcvd: Sep 04, 2026 Form ID: pdfeoapc Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| pla | + | Christopher Michael Callaway, 2489 15th Street, San Francisco, CA 94114-1225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Melissa Boey | on behalf of Defendant City and County of San Francisco melissa.boey@morganlewis.com |

TOTAL: 1

**Entered on Docket**
**September 4, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: September 4, 2026**

______________________________
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor. | Case No. 24-30082 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO,<br><br>Defendant. | **ORDER ON STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING** |

The Court having considered the *Stipulation Regarding Summary Judgment Briefing* (the "Stipulation")[1] filed on September 3, 2026, and entered into by Christopher Michael Callaway (the "Plaintiff") and the City and County of San Francisco (the "Defendant"); and pursuant to the Stipulation and agreement of the Plaintiff and the Defendant, and good cause appearing therefor,

[1] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED.

2. Each Party is hereby ORDERED to comply with the Stipulation and its terms.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation and this Order.

****END OF ORDER****

COURT SERVICE LIST

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114