Docusign Envelope ID: 0A6D6715-3F11-804F-811D-8DA97A6D5066

**Entered on Docket**
**October 29, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melissa.boey@morganlewis.com

*Attorneys for the*
*City and County of San Francisco*

**Signed and Filed: October 29, 2026**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor. | Case No. 24-30082 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | **ORDER ON MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of the *Defendant City and County of San Francisco's Motion for Summary Judgment* filed at Docket No. 44 ("Motion for Summary Judgment"), all responses thereto, and the arguments made at the hearing on October 23, 2026 (the "Hearing"), it is hereby ORDERED that: for the reasons stated on the record at the Hearing, the Motion for Summary Judgment is GRANTED as to all claims in Plaintiff Christopher Michael Callaway's *First*

Docusign Envelope ID: 0A6D6715-3F11-804F-811D-8DA97A6D5066

*Amended Complaint for Violation of 11 U.S.C. § 525(a); Damages; Declaratory and Structural Relief* (filed at Docket No. 28). Final judgment is entered in favor of Defendant the City and County of San Francisco.

** END OF ORDER **

APPROVED AS TO FORM:

October 29, 2026

DocuSigned by:
Christopher Callaway
5CCA24C4DC7B42E...

Christopher Michael Callaway
*Plaintiff*

Docusign Envelope ID: 0A6D6715-3F11-804F-811D-8DA97A6D5066

COURT SERVICE LIST

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114