# United States Bankruptcy Court

Northern District Of California

| | | |
|---|---|---|
| In re | Christopher Michael Callaway, Debtor | Case No. 24-30082 (DM) |
| | Christopher Michael Callaway, Plaintiff | Chapter 7 |
| v. | The City and County of San Francisco, Defendant | Adv. Proc. No. 26-03016 |

## BILL OF COSTS

Judgment was entered in the above entitled action on Oct. 29, 2026 (date) against Plaintiff Christopher Michael Callaway.

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (*Itemized on reverse*) | $ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 8,276.45 |
| Costs as shown on Mandate of appellate court | $ |
| Other costs [*Itemized on reverse*] | $ |
| TOTAL | $ 8,276.45 |

(See attached for the supporting Declaration).

## DECLARATION

I, attorney for Melissa Boey (name of party) declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment Debtor: Christopher Michael Callaway

Address: 2489 15th Street
San Francisco, CA 94114

Date: 11/3/2026 Signature of Attorney: ***/s/ Melissa Y. Boey***

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ ________

Clerk of the Bankruptcy Court ________

Date ________ By Deputy Clerk: ________

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| -- | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | | | | | TOTAL | $ |

**NOTICE**

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
"(1) ***Costs Other Than Attorney's Fees.*** The court may allow costs to the prevailing party, unless a federal statute or these rules provide otherwise. Costs against the United States, its officers, and its agencies may be imposed only to the extent permitted by law. The clerk, on 14 days' notice, may tax costs, and the court, on motion served within the next 7 days, may review the clerk's action."

**Rule 9006(f)**
"**Additional Time After Certain Service.** When a party may or must act within a specified time after being served and service is made by mail or under Fed. R. Civ. P. 5(b)(2)(D) (leaving with the clerk) or (F) (other means consented to), 3 days are added after the period would otherwise expire under (a)."

**Rule 7058**
This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."