MORGAN, LEWIS & BOCKIUS LLP
Melissa Y. Boey (SBN 292276)
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melissa.boey@morganlewis.com

*Attorneys for the*
*City and County of San Francisco*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor. | Case No. 24-30082 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | **DECLARATION OF MELISSA Y. BOEY IN SUPPORT OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S BILL OF COSTS** |

I, Melissa Y. Boey, declare as follows:

1. I am of counsel with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel for defendant the City and County of San Francisco (the "Defendant") in this proceeding. I make this declaration in support of Defendant's Bill of Costs. I have personal knowledge of the facts set forth in this Declaration. If called and sworn as a witness, I could and would competently testify to the contents herein.

2. On August 26, 2026, I deposed plaintiff Christopher Michael Callaway ("Plaintiff"). Attached hereto as **Exhibit A** is a true and correct copy of Invoice No. 9582508 for the certified transcription services for this deposition. Attached hereto as **Exhibit B** is a true and correct copy of Invoice No. 9586505 for the videography services for this deposition. Attached hereto as **Exhibit C** is a true and correct copy of the title pages and certification from this deposition.

3. On September 22, 2026, Plaintiff deposed Corey Teague and Nikesh Patel, employees of the City and County of San Francisco. Attached hereto as **Exhibit D** is a true and correct copy of Invoice No. HJ-2026-002 for obtaining copies of the certified audio recordings of Mr. Teague and Mr. Patel's depositions. Attached hereto as **Exhibit E** are true and correct copies of the certification from these two depositions.

4. Each of the aforementioned costs has been necessarily incurred for use in the case, and has been paid. The services for these charged costs were actually and necessarily performed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 3rd day of November, 2026, in Palo Alto, CA 94306.

*/s/ Melissa Y. Boey*
Melissa Y. Boey



Case: 26-03016 Doc# 68-1 Filed: 11/03/26 Entered: 11/03/26 14:51:49 Page 2 of 19

## EXHIBIT A

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Melissa Boey
Morgan Lewis & Bockius
2049 Century Park East, Suite 700
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **9582508** |
| **Invoice Date:** | **9/10/2026** |
| **Balance Due:** | **$5,575.45** |

**Case: Callaway, Christopher Michael v. City And County Of San Francisco (2430082)** — **Proceeding Type: Depositions**

Job #: 8388393 | Job Date: 8/26/2026 | Delivery: Normal — File #: 019088-030753-0198

Location: San Francisco, CA
Billing Atty: Melissa Boey
Scheduling Atty: Melissa Boey | Morgan Lewis & Bockius LLP

| Witness: Christopher Michael Callaway | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 450.00 | $6.45 | $2,902.50 |
| Transcript - Supplemental Surcharges* | 450.00 | $0.80 | $360.00 |
| Rough Draft | 450.00 | $2.30 | $1,035.00 |
| Attendance - Full Day | 1.00 | $420.00 | $420.00 |
| Attendance - Non-Business Hrs Surcharge | 1.25 | $155.00 | $193.75 |
| In Person Coverage Fee | 1.00 | $225.00 | $225.00 |
| Exhibits | 48.00 | $0.65 | $31.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $193.00 | $193.00 |
| Logistics & Processing | 1.00 | $65.00 | $65.00 |
| Smart Package - Over 100 Transcript Pages | 1.00 | $150.00 | $150.00 |

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

**Remit to:**
Veritext, LLC
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext, LLC
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 9582508**
**Invoice Date: 9/10/2026**
**Balance Due: $5,575.45**

Pay by Credit Card: www.veritext.com

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| Notes: *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$5,575.45** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$5,575.45** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

**Remit to:**
Veritext, LLC
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext, LLC
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:** **9582508**
**Invoice Date:** **9/10/2026**
**Balance Due:** **$5,575.45**

Pay by Credit Card: www.veritext.com

**EXHIBIT B**

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569

Bill To: Melissa Boey
Morgan Lewis & Bockius
2049 Century Park East, Suite 700
Los Angeles, CA, 90067

**Invoice #:** **9586505**
**Invoice Date:** **9/12/2026**
**Balance Due:** **$2,631.00**

**Case: Callaway, Christopher Michael v. City And County Of San Francisco (2430082)** | **Proceeding Type: Depositions**

Job #: 8388393 | Job Date: 8/26/2026 | Delivery: Normal | File #: 019088-030753-0198

Location: San Francisco, CA
Billing Atty: Melissa Boey
Scheduling Atty: Melissa Boey | Morgan Lewis & Bockius LLP

| Witness: Christopher Michael Callaway | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 9.00 | $235.00 | $2,115.00 |
| In Person Coverage Fee | 1.00 | $225.00 | $225.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Media and Cloud Services | 7.00 | $25.00 | $175.00 |
| Expenses (Out of Pocket) | 1.00 | $31.00 | $31.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,631.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,631.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

**Remit to:**
Veritext, LLC
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext, LLC
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 9586505**
**Invoice Date: 9/12/2026**
**Balance Due: $2,631.00**

Pay by Credit Card: www.veritext.com

**EXHIBIT C**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHAEL CALLAWAY,<br><br>Debtor, | Case No. 24-30083 (DM)<br><br>Chapter 7<br><br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | |

VIDEOTAPED DEPOSITION OF CHRISTOPHER MICHAEL CALLAWAY

San Francisco, California

Wednesday, August 26, 2026

Volume I

Reported by:
CATHERINE A. NOLASCO, RMR, CRR, BS
CSR No. 8239
Job No. CA 8388393

PAGES 1 - 350

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL CALLAWAY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 24-30083 (DM) |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | |
| Defendant. | ) | |

Videotaped deposition of CHRISTOPHER MICHAEL CALLAWAY, Volume I, taken on behalf of Defendant, with the Witness appearing at MORGAN, LEWIS & BOCKIUS LLP, 600 Montgomery Street, Suite 2300, San Francisco, California, beginning at 10:00 a.m. and ending at 6:01 p.m., on Wednesday, August 26, 2026, before CATHERINE A. NOLASCO, Certified Shorthand Reporter No. 8239.

APPEARANCES:

Plaintiff (appearing in propria persona):

2489 15th Street
San Francisco, California 94114
415.802.6160
chris1callaway@gmail.com

For Defendant:

MORGAN, LEWIS & BOCKIUS LLP
BY: MELISSA Y. BOEY
Attorney at Law
1400 Page Mill Road
Palo Alto, California 94304
650.843.4000
650.843.4001 Fax
melissa.boey@morganlewis.com

ALSO PRESENT:

REILLY LEET, Videographer, Veritext

---o0o---

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 09/10/2026

Catherine A. Nolasco, RMR, CRR, BS
CSR No. 8239

**EXHIBIT D**

## HAKEEM JENNINGS

AAERT Certified Electronic Reporter - CER-5093
Colorado Notary Public - Commission ID 20254040787
P.O. Box 460728, 945 S. Birch Street, Denver, CO 80246


# INVOICE

| | |
|---|---|
| **INVOICE #** | **HJ-2026-002** |
| **INVOICE DATE** | September 23, 2026 |
| **PAYMENT TERMS** | Due upon receipt |

| BILL TO | MATTER |
|---|---|
| **Melissa Y. Boey**<br>Morgan, Lewis & Bockius LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304-1124 | **Christopher Michael Callaway v. City and County of San Francisco**<br>U.S. Bankruptcy Court, Northern District of California<br>Adversary Proceeding No. 26-03016<br>Related Bankruptcy Case No. 24-30082 |

| SERVICE | AMOUNT |
|---|---|
| **Certified electronic copy of deposition audio - Corey Teague**<br>September 22, 2026 remote deposition | $35.00 |
| **Certified electronic copy of deposition audio - Nikesh Patel**<br>September 22, 2026 remote deposition | $35.00 |
| **TOTAL DUE** | **$70.00** |

## PAYMENT INFORMATION

| | |
|---|---|
| **Payment method** | Check |
| **Make check payable to** | Hakeem Jennings |
| Mail payment to | P.O. Box 460728, 945 S. Birch Street, Denver, CO 80246 |
| Payment memo | Invoice HJ-2026-002 |

Order covers certified electronic audio copies for the Corey Teague and Nikesh Patel depositions. No audiovisual recording was captured or preserved, and no transcript is included in this invoice.

**Thank you for your order and for the opportunity to provide the certified electronic recordings.**

# EXHIBIT E

# CERTIFICATE OF ELECTRONIC REPORTER

Certified Audio Copy - Deposition of Corey Teague

| | |
|---|---|
| **Court** | United States Bankruptcy Court, Northern District of California, San Francisco Division |
| **Matter** | Christopher Michael Callaway v. City and County of San Francisco |
| **Adversary Proceeding** | 26-03016 |
| **Related Bankruptcy Case** | 24-30082 |
| **Witness** | Corey Teague, Zoning Administrator, San Francisco Planning Department |
| **Deposition Date** | September 22, 2026 |

## CERTIFICATION

I, **Hakeem Jennings**, AAERT Certified Electronic Reporter, certification number **CER-5093**, certify that on September 22, 2026, I made and maintained the electronic audio recording of the remote deposition of **Corey Teague** in the above-captioned matter.

At the commencement of the deposition, I administered an oath or affirmation to Mr. Teague, and Mr. Teague answered affirmatively before testimony proceeded.

The accompanying audio file identified below is the audio recording preserved from the on-record deposition session. To the best of my knowledge and based on the recording maintained in my custody, the copy provided is a true and accurate copy of the electronic audio recording captured for that session.

This certificate applies to the **audio recording only**. It does not certify any automated transcript, reference transcript, or other written transcription of the proceeding.

## REPORTER / NOTARY IDENTIFICATION

| | |
|---|---|
| **Reporter** | Hakeem Jennings |
| **AAERT Credential** | Certified Electronic Reporter (CER-5093) |
| **AAERT Issued** | January 2026 |
| **AAERT Expires** | January 22, 2029 |
| **Colorado Notary Commission ID** | 20254040787 |
| **Notary Commission Expires** | November 7, 2029 |
| **Business Address** | P.O. Box 460728, 945 S. Birch Street, Denver, CO 80246 |

## AUDIO FILE IDENTIFICATION

| | |
|---|---|
| **File name** | Corey Teague Deposition Audio.mp3 |
| **File duration** | 2:12:30.384 |
| **File size** | 127,206,219 bytes |
| **SHA-256** | 25bffd09ef6f3ac8e9ecdce24d76ea10f08531f184a4494f8294bc99b1d92b20 |

Signature: ________________________________________ Date: ____________________

**Hakeem Jennings, CER-5093** **Colorado Notary Public**

# RECORD IDENTIFICATION AND DELIVERY INDEX

Administrative reference accompanying the certified audio copy

## PROCEEDING DETAILS

| | |
|---|---|
| **On-record time** | 9:32 a.m. Pacific Time (transcript); reporter note records recording resumed at 9:32:46 a.m. |
| **Off-record time** | 11:56 a.m. Pacific Time (transcript) |
| **Audio file duration** | 2 hours, 12 minutes, 30.384 seconds |
| **Method** | Remote videoconference; electronic audio recording |
| **Witness location stated on record** | San Francisco, California |

## APPEARANCES IDENTIFIED ON THE RECORD

| | |
|---|---|
| **Hakeem Jennings** | Electronic reporter / Colorado notary |
| **Corey Teague** | Witness; Zoning Administrator, San Francisco Planning Department |
| **Christopher Michael Callaway** | Plaintiff, appearing pro se |
| **Melissa Boey** | Morgan, Lewis & Bockius LLP; counsel for Defendant City and County of San Francisco |

## EXHIBIT STATUS

**No exhibits were formally marked on the record during this deposition.** The supplied T-series packet was pre-marked before the deposition. See the separate Exhibit Status and Pre-Marked Materials Index for the packet labels and transcript finding.

## PROCEDURAL RECORD NOTE

Mr. Callaway stated on the record that his Rule 28(a)(1)(B) application asking the court to appoint Mr. Jennings as deposition officer was pending. Ms. Boey stated that Defendant had filed a response. This certificate does not state or imply that the Court granted that application; it certifies only the recording facts and audio copy described above.

## SUGGESTED DELIVERY SET

| | |
|---|---|
| **1** | Corey Teague Certified Audio Certificate and Record Index (this PDF) |
| **2** | Corey Teague Deposition Audio.mp3 |
| **3** | Corey Teague Exhibit Status and Pre-Marked Materials Index.pdf |
| **4** | 00_TEAGUE_EXHIBITS_for_service_2026-09-22.pdf (pre-marked source packet) |
| **5** | Reporter Notes(20260923-164347).txt / clean reporting summary |
| **6** | Uncertified/reference transcript, if provided, clearly labeled as uncertified |

Note: The automated transcript should be reviewed against the audio before it is treated as a reference transcript. This certificate does not authenticate the automated transcript.

# CERTIFICATE OF ELECTRONIC REPORTER

Certified Audio Copy - Deposition of Nikesh Patel

| | |
|---|---|
| **Court** | United States Bankruptcy Court, Northern District of California, San Francisco Division |
| **Matter** | Christopher Michael Callaway v. City and County of San Francisco |
| **Adversary Proceeding** | 26-03016 |
| **Related Bankruptcy Case** | 24-30082 |
| **Witness** | Nikesh Patel, Director of the Office of Cannabis |
| **Deposition Date** | September 22, 2026 |

## CERTIFICATION

I, **Hakeem Jennings**, AAERT Certified Electronic Reporter, certification number **CER-5093**, certify that on September 22, 2026, I made and maintained the electronic audio recording of the remote deposition of **Nikesh Patel** in the above-captioned matter.

At the commencement of the deposition, I administered an oath or affirmation to Mr. Patel, and Mr. Patel answered affirmatively before testimony proceeded.

The accompanying audio file identified below is the audio recording preserved from the on-record deposition session. To the best of my knowledge and based on the recording maintained in my custody, the copy provided is a true and accurate copy of the electronic audio recording captured for that session.

This certificate applies to the **audio recording only**. It does not certify any automated transcript, reference transcript, or other written transcription of the proceeding.

## REPORTER / NOTARY IDENTIFICATION

| | |
|---|---|
| **Reporter** | Hakeem Jennings |
| **AAERT Credential** | Certified Electronic Reporter (CER-5093) |
| **AAERT Issued** | January 2026 |
| **AAERT Expires** | January 22, 2029 |
| **Colorado Notary Commission ID** | 20254040787 |
| **Notary Commission Expires** | November 7, 2029 |
| **Business Address** | P.O. Box 460728, 945 S. Birch Street, Denver, CO 80246 |

## AUDIO FILE IDENTIFICATION

| | |
|---|---|
| **File name** | Recording Audio - Deposition Mr.Patel.mp3 |
| **File duration** | 2:55:03.648 |
| **File size** | 168,058,443 bytes |
| **SHA-256** | 7aa2516f8bd96474797f50adf527f83592194a3b52fa06dc27f01d010e440fc9 |

Signature: ________________________________________ Date: _____________________

**Hakeem Jennings, CER-5093** **Colorado Notary Public**

# RECORD IDENTIFICATION AND DELIVERY INDEX

Administrative reference accompanying the certified audio copy

## PROCEEDING DETAILS

| | |
|---|---|
| **On-record time** | 1:49:09 p.m. Pacific Time (reporter note) |
| **Off-record / pause time** | 4:44:13 p.m. Pacific Time (reporter note); transcript states 4:44 p.m. |
| **Recorded on-record span** | Approximately 2 hours, 55 minutes |
| **Method** | Remote videoconference; electronic audio recording |
| **Witness location stated on record** | City and County of San Francisco, California |

## APPEARANCES IDENTIFIED ON THE RECORD

| | |
|---|---|
| **Hakeem Jennings** | Electronic reporter / notary |
| **Nikesh Patel** | Witness; Director of the Office of Cannabis |
| **Christopher Michael Callaway** | Plaintiff, appearing on his own behalf |
| **Melissa Boey** | Morgan, Lewis & Bockius LLP; counsel for Defendant City and County of San Francisco |

## EXHIBIT REFERENCE

The uploaded exhibit packet is pre-marked and includes Plaintiff Exhibits P-1 through P-27, with unused numbers omitted. The reporter notes record Exhibits 26 and 27 as marked during the deposition. The transcript reflects a discussion concerning the map screenshots and counsel stating that, for the purpose of the deposition, the materials could be considered part of P-27. The packet identifies P-26 as September 21, 2026 SF Planning Cannabis Storefront Retail Map screenshots and P-27 as July 2026 map screenshots.

For delivery, the marked exhibit packet should be preserved in the form in which it was supplied and should not be renumbered based on this administrative note.

## PROCEDURAL RECORD NOTE

At the deposition, Mr. Callaway stated that he had filed an application under Federal Rule of Civil Procedure 28 asking the court to appoint Mr. Jennings as the officer for the depositions, and stated that the application was pending. Ms. Boey stated that Defendant had filed a response on the court docket. This certificate does not state or imply that the Court granted that application; it certifies only the recording facts and audio copy described above.

## SUGGESTED DELIVERY SET

| | |
|---|---|
| **1** | Certified Audio Certificate and Record Index (this PDF) |
| **2** | Recording Audio - Deposition Mr.Patel.mp3 |
| **3** | 00_PATEL_EXHIBITS_SERVE_2026-09-22.pdf |
| **4** | Reporter Notes(10).txt or a clean court-reporting summary derived from those notes |
| **5** | Uncertified/reference transcript, if provided, clearly labeled as uncertified |

Note: The automated transcript provided with the deposition materials should be reviewed against the audio before it is treated as a reference transcript. This certificate does not authenticate the automated transcript.