**CHRISTOPHER MICHAEL CALLAWAY**
Plaintiff, In Pro Per
2489 15th Street
San Francisco, CA 94114
Telephone: (415) 802-6160
Email: chris1callaway@gmail.com

FILED
NOV 17 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br>CHRISTOPHER MICHAEL CALLAWAY,<br>Debtor. | Case No. 24-30082 (DM)<br>Chapter 7<br>Adv. Proc. No. 26-03016 |
| CHRISTOPHER MICHAEL CALLAWAY,<br>Plaintiff,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br>Defendant. | **APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL (Fed. R. Bankr. P. 8009)**<br><br>Judge: Hon. Dennis Montali |

Appellant Christopher Michael Callaway, plaintiff in this adversary proceeding, submits this statement of the issues to be presented and designation of the items to be included in the record on appeal under Federal Rule of Bankruptcy Procedure 8009(a)(1). The appeal is from the Order on Motion for Summary Judgment entered October 29, 2026 (Dkt. 66). The Notice of Appeal was filed November 6, 2026 (Dkt. 70) and has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit (Dkt. 71).

## I. STATEMENT OF ISSUES

1. Whether the bankruptcy court erred in granting summary judgment on the First Cause of Action under 11 U.S.C. § 525(a) by resolving in the moving party's favor a disputed question of material fact: the reason the Office of Cannabis stopped processing Appellant's applications.


Case: 26-03016 Doc# 79 Filed: 11/17/26 Entered: 11/17/26 15:58:14 Page 1 of 6

2. Whether the bankruptcy court applied an incorrect legal standard under 11 U.S.C. § 525(a) and *FCC v. NextWave Personal Communications Inc.*, 537 U.S. 293 (2003), in holding that a governmental unit is not liable where one of its reasons for the challenged act is legitimate.

3. Whether the reason the City gave under oath for the administrative hold, that Appellant's interests in his entities were held and managed and could be sold by the chapter 7 trustee, is as a matter of law a reason other than Appellant's status as a debtor under the Bankruptcy Code.

4. Whether the bankruptcy court erred in granting summary judgment for the whole period of the hold without addressing the evidence that processing of the 542 Laguna application stopped on May 13, 2025, before the June 10, 2025 call on which the City's stated reason rests.

5. Whether the bankruptcy court erred in relying on matters outside the summary judgment record, including other proceedings in the main bankruptcy case and appeals pending from it.

6. Whether the bankruptcy court erred or abused its discretion in granting summary judgment without ruling on Appellant's renewed request under Federal Rule of Civil Procedure 56(d) (Dkt. 58, 61), and in its earlier rulings on the discovery Appellant sought, at the August 19, 2026 and August 21, 2026 conferences and in the October 7, 2026 docket text order.

7. Whether the bankruptcy court abused its discretion in denying, by docket text order of October 20, 2026, Appellant's request for leave to file a limited response to new matter in the City's reply (Dkt. 64).

## II. DESIGNATION OF RECORD

Appellant designates the following items from the docket of Adversary Proceeding No. 26-03016, each with all of its exhibits and attachments:

1. Dkt. 1 (April 1, 2026): Complaint.

2. Dkt. 28 (May 14, 2026) and Dkt. 29 (May 15, 2026): First Amended Complaint for Violation of 11 U.S.C. § 525(a); Damages; Declaratory and Structural Relief, and Notice of Errata to First Amended Complaint.

3. Dkt. 32 (May 28, 2026): Defendant's Answer to Plaintiff's First Amended Complaint.

4. Dkt. 41 (July 13, 2026): Scheduling Order.

5. Dkt. 44 (July 31, 2026): Defendant City and County of San Francisco's Motion for Summary Judgment, with Dkt. 44-1 through 44-3.

6. Dkt. 45 (July 31, 2026): Notice of Hearing on the Motion for Summary Judgment.

7. Dkt. 46 (August 14, 2026): Plaintiff's Opposition to Defendant City and County of San Francisco's Motion for Summary Judgment, Declaration, and Certificate of Service.

8. Dkt. 47 (August 14, 2026): Declaration of Christopher Michael Callaway Pursuant to Federal Rule of Civil Procedure 56(d).

9. Dkt. 48 (August 19, 2026) and Dkt. 51 (August 21, 2026): Audio recordings of the August 19, 2026 discovery conference and the August 21, 2026 conference.

10. Dkt. 53 (September 3, 2026) and Dkt. 54 (September 4, 2026): Joint Stipulation Regarding Summary Judgment Briefing, and Order on Stipulation Regarding Summary Judgment Briefing.

11. Dkt. 56 and Dkt. 57 (September 21, 2026): Plaintiff's Ex Parte Application for Order Appointing Deposition Officer Under Fed. R. Civ. P. 28(a)(1)(B), and Defendant's Response.

12. Dkt. 58 (October 2, 2026): Plaintiff's Supplemental Opposition to Defendant's Motion for Summary Judgment.

13. Dkt. 59 (October 2, 2026): Supplemental Declaration of Christopher Michael Callaway in Support of Plaintiff's Supplemental Opposition to Motion for Summary Judgment.

14. Dkt. 60 (October 2, 2026): Plaintiff's Request for Judicial Notice in Support of Supplemental Opposition to Motion for Summary Judgment.

15. Dkt. 61 (October 2, 2026): Supplemental Declaration of Christopher Michael Callaway Under Fed. R. Civ. P. 56(d).

16. Dkt. 62 (October 2, 2026): Certificate of Service.

17. Dkt. 63 (October 16, 2026): Reply in Support of Defendant City and County of San Francisco's Motion for Summary Judgment.

18. Dkt. 64 (October 19, 2026): Plaintiff's Request for Leave to File a Limited Response to New Matter in Defendant's Reply; Declaration of Christopher Michael Callaway; Certificate of Service.

19. Dkt. 65 (October 23, 2026): Audio recording of the October 23, 2026 hearing on the Motion for Summary Judgment.

20. Dkt. 66 (October 29, 2026): Order on Motion for Summary Judgment.

21. Dkt. 70 (November 6, 2026): Notice of Appeal and Statement of Election.

22. Dkt. 76 (November 13, 2026): Transcript of the October 23, 2026 hearing.

23. All docket text orders and minute entries entered from August 18, 2026 through October 23, 2026, which carry no docket number, including those of August 19, August 21, October 7, October 20 and October 23, 2026.

24. The transcripts of the August 19, 2026 and August 21, 2026 conferences, upon filing.

25. All other documents filed in Adversary Proceeding No. 26-03016 from its commencement through entry of the Order on Motion for Summary Judgment (Dkt. 1 through Dkt. 67), and all other docket text orders and minute entries entered in that period.



Case: 26-03016 Doc# 79 Filed: 11/17/26 Entered: 11/17/26 15:58:14 Page 4 of 6

## III. TRANSCRIPTS

Under Rule 8009(b)(1), Appellant ordered the transcript of the October 23, 2026 hearing by the Transcript Order Form filed November 6, 2026 (Dkt. 69). That transcript was filed November 13, 2026 (Dkt. 76). Appellant is ordering the transcripts of the August 19, 2026 and August 21, 2026 conferences by Transcript Order Forms submitted to the Clerk with this filing. Appellant does not intend to order any other transcript.

Dated: November 17, 2026

Respectfully submitted,

**CHRISTOPHER MICHAEL CALLAWAY**

Plaintiff and Appellant, In Pro Per



Case: 26-03016 Doc# 79 Filed: 11/17/26 Entered: 11/17/26 15:58:14 Page 5 of 6

## CERTIFICATE OF SERVICE

I, Christopher Michael Callaway, declare that on November 17, 2026, I served the following documents by electronic mail on the persons listed below, at the email addresses at which they have agreed to accept service:

- Appellant's Statement of Issues and Designation of Record on Appeal
- Certificate of Service

Melissa Y. Boey, Esq., Morgan, Lewis & Bockius LLP, melissa.boey@morganlewis.com
(Counsel for Appellee City and County of San Francisco)
Joshua Dorchak, Esq., Morgan, Lewis & Bockius LLP, joshua.dorchak@morganlewis.com
(Counsel for Appellee City and County of San Francisco)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 17, 2026, at San Francisco, California.

**CHRISTOPHER MICHAEL CALLAWAY**
Plaintiff and Appellant, In Pro Per



Case: 26-03016 Doc# 79 Filed: 11/17/26 Entered: 11/17/26 15:58:14 Page 6 of 6